IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RODNEY FUND                                            PETITIONER

VS.                                         CIVIL ACTION NO. 5:07CV164DCB-MTP

CONSTANCE REESE, Warden                          RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Respondent's Motion to Dismiss the Petition for Habeas Corpus as Moot [10] should be granted and the Petition for Writ of Habeas Corpus [1] should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Respondent's Motion to Dismiss the Petition for Habeas Corpus as Moot [10] is granted and the Petition for Writ of Habeas Corpus [1] be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the   8th   day of September, 2008.

                                                     s/ David Bramlette
                                                  UNITED STATES DISTRICT JUDGE